# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2541
Lower Tribunal Nos. F04-22272, F04-22318

_____

**Oliver Thomas,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Oliver Thomas, in proper person.

James Uthmeier, Attorney General, and Liz Feliz, Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.